**Roberto C. Montiel, ABN 3198**
**ROBERTO C. MONTIEL LAW OFFICE, P.L.L.C.**
571 N. Grand Avenue
Nogales, Arizona 85621-1135
Telephone: (520) 281-2923
Facsimile: (520) 287-2121
Email: lawrobertomontiel@hotmial.com

**Attorney for Defendant Enrique Monarque-Orozco**

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-20-02297-TUC-JAS-(DTF) |
| Plaintiff, | **SECOND MOTION TO CONTINUE SENTENCING HEARING DATE** |
| vs. | |
| Enrique Monarque-Orozco, | |
| Defendant, | |

It is expected that excludable delay under 18 U.S.C § 3161(h)(7)(B)(iv) will occur as a result of this motion or of an order based thereon

**COMES NOW** the Defendant, Enrique Monarque-Orozco, by and through counsel undersigned and respectfully moves the Court for a continuance of the Sentencing date, which is now set for August 2, 2021, for a period of four months. The continuance is requested because the Parties are still reviewing the discovery material.

The Assistant United States Attorney Mary Sue Feldmeier has been contacted and she has no objection to this continuance.

**DATED** this 25th day of May, 2021

                                              **ROBERTO C. MONTIEL LAW OFFICES, P.L.L.C.**

                                              /s/ Roberto C. Montiel
                                              Roberto C. Montiel
                                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25th , 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mary Sue Feldmeier
Assistant United States Attorney
Office of the United States Attorney
Evo A. DeConcini United States Courthouse
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: mary.sue.feldmeier@usdoj.gov

*/s/ Roberto C. Montiel*
Roberto C. Montiel